UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES COKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-316 |
| | § | |
| INMATE RECORDS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **OPINION AND ORDER OF TRANSFER**

This is a civil rights action filed by a state prisoner. Plaintiff James Coker is currently assigned to TDCJ's Hughes Unit in Gatesville, Texas, which is located in Coryell County (D.E. 1). In his complaint, plaintiff complains of withdrawals from his inmate trust fund and the calculation of his time slips, events which occurred at the Hughes Unit and in Huntsville, Texas (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, most of the events about which plaintiff complains occurred in Coryell County and the defendants are located there (D.E. 1). None of the events

occurred in the Corpus Christi Division of the Southern District of Texas, and none of the defendants resides or is found here. Coryell County lies within the Waco Division of the Western District of Texas. 28 U.S.C. § 124(d)(2). The interests of justice would be served by a transfer to the Waco Division of the Western District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Western District of Texas, Waco Division.

ORDERED this 21st day of October, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE